IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEXTER T. WELLS, #K9332** | § | **PETITIONER** |
| | § | |
| v. | § CIVIL ACTION NO. 1:07CV1153-LG-JMR | |
| | § | |
| **J. BANKS** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate John M. Roper, Sr., [14] , the Court, after a full review and consideration of the Report and Recommendation, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper, Sr., entered on May 15, 2008, be, and the same hereby is, adopted as the finding of this Court.  The Petition is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE